1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          CENTRAL DISTRICT OF CALIFORNIA

9               WESTERN DIVISION

10

11  DANIEL RAY SALSBERRY,          )  No. CV 11-05443-JVS (VBK)
                                   )
12                Plaintiff,       )  ORDER (1) ACCEPTING THE FINDINGS
                                   )  AND RECOMMENDATIONS OF THE UNITED
13       v.                        )  STATES MAGISTRATE JUDGE, AND (2)
                                   )  DISMISSING THE FIRST AMENDED
14  ATASCADERO STATE HOSPITAL, et  )  COMPLAINT
    al.                            )
15                                 )
                  Defendants.      )
16  _____)

17       Pursuant to 28 U.S.C. §636, the Court has reviewed the First

18  Amended Complaint and all other papers along with the attached Report

19  and Recommendation of the United States Magistrate Judge, and has made

20  a de novo determination of the Report and Recommendation.

21       **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving

22  the findings of the United States Magistrate Judge,(2) granting

23  Defendants' Motion to Dismiss; and (3) directing that Judgment be

24

25

26

27

28

1 | entered dismissing the First Amended Complaint with prejudice.

2

3

4 | DATED:  September 20, 2012

JAMES V. SELNA
5 | UNITED STATES DISTRICT JUDGE